Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com
  Attorney Bar #217035
  Attorneys for Elia Osorno

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA OSORNO,<br><br>   Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-09164-JC<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

  Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

  IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($7,500.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated:  November 14, 2024

           /s/
          HONORABLE JACQUELINE CHOOLJIAN
         NITED STATES MAGISTRATE JUDGE